**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **EDUARDO MOYA-CRUZ,** | § | |
| **Petitioner,** | § | |
| | § | |
| | § | |
| **v.** | § | **EP-26-CV-00614-DB** |
| | § | |
| **ANGEL GARITE,** *et al.*, | § | |
| **Respondents.** | § | |

**ORDER**

On this day, the Court considered the above-captioned case. On March 4, 2026, Petitioner Eduardo Moya-Cruz filed a "Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 or Order to Show Cause Within 3 Days," ECF No. 1. Petitioner is currently detained at the Camp East Montana Detention Facility in El Paso, Texas in the Western District of Texas. *Id.* at 8. He argues his detention is unlawful and asks the Court to order his release or a bond hearing. *Id.* at 37. On March 5, 2026, this Court ordered that Respondents shall not (1) remove or deport Petitioner from the United States, or (2) transfer Petitioner from any facility outside the boundaries of the El Paso Division of the Western District of Texas, until the Court orders otherwise or this case is closed. ECF No. 3 at 3.

Petitioner is a Mexican national who entered the United States without inspection at an unspecified date. ECF No. 1 at 27–28. On January 26, 2026, Petitioner was detained by Immigration and Customs Enforcement ("ICE"). *Id.* at 29. On February 18, 2026, Petitioner filed an I-914, Application for T Nonimmigrant Status. *Id.* Petitioner asserts, among other things, that his detention violates his due process rights because he has a fundamental liberty interest in being free from official restraint and is being deprived of an individualized hearing to justify his detention. *Id.* at 30–32.

In their response, ECF No. 4, filed on March 10, 2026, Respondents assert Petitioner is not being detained under Section 1225(b), but rather 8 U.S.C. § 1231(a). ECF No. 4 at 1. They further assert

> Petitioner is a native and citizen of Mexico who entered the country unlawfully on or about September 29, 2015. ECF No. 1-2; Exh. A, Form I-213, dated March 5, 2026 (redacted). On that date, he was encountered, processed for expedited removal, and removed to Mexico. Exh A. On or about October 16, 2015, Petitioner re-entered the U.S. and was apprehended and processed as a reinstatement of deportation order. ECF No. 1-3; Exh. A. On October 26, 2015, he was removed to Mexico. Exh. A. Petitioner re-entered at an unknown date and was encountered on January 26, 2026, and processed as a reinstatement of prior order. Exh. A. He currently remains in custody pursuant to the reinstated removal order. ECF No. 1, at p. 3; Exh. A.

ECF No. 4 at 2. At this time, the Court will *sua sponte* afford Petitioner an opportunity to address these issues. However, should Petitioner elect not to file any further papers in his case, the Court will proceed accordingly.

**IT IS HEREBY ORDERED** Petitioner is **GRANTED LEAVE** to either (1) **FILE** a response to ECF No. 4 addressing the legal arguments and facts raised therein or (2) **AMEND** his Petition **no later than May 8, 2026.**

**SIGNED** this **28th** day of **April 2026**.

_____
**THE HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**