IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **EDUARDO MOYA-CRUZ,** | § | |
| **Petitioner,** | § | |
| | § | |
| | § | |
| **v.** | § | **EP-26-CV-00614-DB** |
| | § | |
| | § | |
| **ANGEL GARITE,** *in his official capacity* | § | |
| *as Assistant Field Office Director of* | § | |
| *Enforcement and Removal Operations, El* | § | |
| *Paso Field Office, U.S. Immigration and* | § | |
| *Customs Enforcement*, *et al.*, | § | |
| **Respondents.** | § | |

## ORDER

On this day, the Court considered the above-captioned case. On June 26, 2026, Respondents filed a "Motion to Lift Stay of Removal" ("Motion"), ECF No. 8. Therein, Respondents state Petitioner now has a reinstated Final Order of Removal that mandates his removal to Mexico and the only current impediment to Petitioner's lawful removal is this Court's order that Respondents not remove or deport Petitioner from the United States. ECF No. 8 at 1; *see also* ECF No. 3 at 3. On July 6, 2026, Petitioner filed his response in opposition to the Motion. *See* ECF No. 10. Therein, Petitioner argues that, as a noncitizen with a pending T Visa petition, he is a member of the class certified in *Immigration Center for Women and Children v. Noem*, No. 25-cv-09848-AB-AS (C.D. Cal. May 20, 2026), therefore, cannot be lawfully removed.

Before ruling on the Motion, the Court requires further information from Respondents as to what effect, if any, Petitioner's class membership has on Immigration and Customs Enforcement's ("ICE") ability to lawfully execute Petitioner's reinstated order of removal. In lieu of a hearing, the Court will order supplemental briefing on the matter.

Accordingly, **IT IS HEREBY ORDERED** Respondents **SHALL SUBMIT** additional briefing to address: (1) whether Petitioner is a member of the nationally certified Pending Petition Class; and (2) what effect if any the relief granted in *Immigration Center for Women and Children v. Noem*, No. 25-cv-09848-AB-AS (C.D. Cal. May 20, 2026) has on Respondents' ability to lawfully execute Petitioner's reinstated order of removal **no later than July 30, 2025.**

**SIGNED** this **16th** day of **July 2026**.

_____
**THE HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**